UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
ELVIRA TORRENTE

CASE NO. 10-11133-BKC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

*[Filed stamp: U.S. BANKRUPTCY COURT, SO. DISTRICT OF FLORIDA, MAR 28 2011]*

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 39.26 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 3-25-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

ELVIRA TORRENTE
13801 SW 109 ST
MIAMI, FL 33186

SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133

MIAMI-DADE TAX COLLECTOR
BANKRUPTCY UNIT
140 W. FLAGLER ST, SUITE 1403
MIAMI, FL 33130-1575

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.  10-11133-BKC-
ELVIRA TORRENTE


                                                CHAPTER 13


ELVIRA TORRENTE

13801 SW 109 ST
MIAMI, FL 33186


SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133


MIAMI-DADE TAX COLLECTOR         ---------$            39.26
BANKRUPTCY UNIT
140 W. FLAGLER ST, SUITE 1403
MIAMI, FL 33130-1575

U.S. Trustee                     UNDELIVERABLE/STALE
51 S.W. 1st Avenue               CLAIM REGISTER# 0
Miami, Florida 33130